**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BEST MEDIA, INC.,

     Plaintiff,

vs.                                               CASE NO. 6:09-CV-1962-ORL-19GJK

MORE ENTERPRISES
COMMUNICATIONS NETWORK,
INC.,

     Defendant.

## ORDER

This case was considered by the Court on the Joint Motion for Stay of Action and Referral to Arbitration (Doc. No. 4, filed November 24, 2009).

Upon consideration, the Joint Motion for Stay of Action and Referral to Arbitration (Doc. No. 4) is **GRANTED.** This case is **REFERRED** to arbitration in accordance with the parties' agreement (Exhibit A to Doc. No. 4).

The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case pending resolution of the arbitration proceedings. Plaintiff shall file a status report with the Court **within ninety (90) days** from the date of this Order, and **every ninety (90) days** thereafter, advising the Court what, if any, further proceedings are requested in this forum and the status of the arbitration proceedings.

**DONE AND ORDERED** at Orlando, Florida, this  22nd  day of December, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record